63 A.3d 224

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BERNARD YOUNGKIN, A/K/A BERNARD YOUNGKIN,
JR., DEFENDANT–APPELLANT.

March 13, 2013.

This appeal having been opened to the Court *on* the granting of defendant's petition for certification, which petition sought review of the Superior Court, Appellate Division's affirmance of the denial of defendant's petition for post-conviction relief (PCR); and the Court, while retaining jurisdiction, having remanded the matter to the PCR court to hold an evidentiary hearing on defendant's claim of ineffective assistance of counsel; and defendant, while represented by counsel, having moved on remand to withdraw his petition for PCR; and the PCR court having granted that motion by order filed March 12, 2013; it is

ORDERED that the appeal is dismissed.